SEALED



Exhibit #2

CLERK'S OFFICE U.S DIST COURT
AT ABINGDON, VA
FILED

APR 2 2 2008

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 1:08CR18 |
| vs. | : |
| | : Violations: |
| ELIZABETH COCILOVA | : 18 U.S.C. §§ 2, 1344, 1349 |
| a/k/a ELIZABETH HALE | : 21 U.S.C. §§ 843, 846 |
| JUSTIN EDWARD HALE | : |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about and between January 1, 2005, and November 30, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE knowingly conspired with others to possess with the intent to distribute and distribute Oxycontin, Percocet (oxycodone), and Adderall (amphetamine) or their equivalents, Schedule II controlled substances, and Lortab (hydrocodone) and Lorcet (hydrocodone), or their equivalents, schedule III controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and to knowingly and intentionally acquire or obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge, in violation of Title 21, United States Code, Section 843(a)(3).

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(C) and 841(b)(1)(D), and 843(d).

### COUNT TWO

The Grand Jury charges that:

1. On or about and between January 1, 2005, and November 30, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally possessed with the intent to distribute and distributed Oxycontin, Percocet (oxycodone), and Adderall (amphetamine), or their equivalents, Schedule II controlled substances, and Lortab (hydrocodone) and Lorcet (hydrocodone), or their equivalents, Schedule III controlled substances.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C) and 841(b)(1)(D).

## COUNT THREE

The Grand Jury charges that:

1. On or about November 6, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(a)(3).

## COUNT FOUR

The Grand Jury charges that:

1. On or about November 11, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(a)(3).

## COUNT FIVE

The Grand Jury charges that:

1. On or about November 13, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally acquired and obtained possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Section 843(a)(3).

## COUNT SIX

The Grand Jury charges that:

1. On or about November 13, 2007, at a time different than that alleged in Count Five, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally attempted to acquire and obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 846 and 843(a)(3).

## COUNT SEVEN

The Grand Jury charges that:

1. On or about November 17, 2007, in the Western District of Virginia and elsewhere,

ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally attempted to acquire and obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 846 and 843(a)(3).

## COUNT EIGHT

The Grand Jury charges that:

1. On or about November 24, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and intentionally attempted to acquire and obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 846 and 843(a)(3).

## COUNT NINE

The Grand Jury charges that:

1. On or about November 29, 2007, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE knowingly and intentionally attempted to acquire and obtain possession of a controlled substance by misrepresentation, fraud, forgery, deception and subterfuge.

2. All in violation of Title 21, United States Code, Sections 846 and 843(a)(3).

## COUNT TEN

The Grand Jury charges that:

1. On or about and between January 1, 2005, and August 1, 2006, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE knowingly and willfully conspired and agreed with others to devise a scheme and artifice to defraud financial institutions insured by the Federal Deposit Insurance Corporation, and to obtain money and funds under the custody and control of a financial institution by means of false or fraudulent pretenses, representations and promises, in violation of Title 18, United States Code, Section 1344.

To effect the objects of the conspiracy, the defendants and their co-conspirators, committed and caused to be committed the following overt acts in the Western District of Virginia and elsewhere:

- A) On or about and between January 1, 2005, and August 1, 2006, ELIZABETH COCILOVA a/k/a ELIZABETH HALE forged the signatures of company officers on checks of her employer without their authority in order to obtain funds to which she was not entitled. These checks were then cashed by ELIZABETH COCILOVA a/k/a ELIZABETH HALE, JUSTIN EDWARD HALE, and others at financial institutions in order to obtain funds under the control of the financial institutions.
- B) On or about and between January 1, 2005, and August 1, 2006, ELIZABETH COCILOVA a/k/a ELIZABETH HALE fraudulently made entries and deleted entries in the general ledgers of her employer in order to cover-up the fact that she was writing checks to herself and others which were not authorized.

2. All in violation of Title 18, United States Code, Section 1349.

## COUNT ELEVEN

The United States Attorney charges that:

1. On or about and between January 1, 2005, and August 1, 2006, in the Western District of Virginia and elsewhere, ELIZABETH COCILOVA a/k/a ELIZABETH HALE and JUSTIN EDWARD HALE, as principals and aiders and abettors, knowingly and willfully devised a scheme and artifice to defraud financial institutions insured by the Federal Deposit Insurance Corporation, and to obtain money and funds under the custody and control of a financial institution by means of false or fraudulent pretenses, representations and promises.

2. It was part of the scheme and artifice that ELIZABETH COCILOVA a/k/a ELIZABETH HALE, using a position of trust at her employer, forged the signatures of company officers on checks of her employer without their authority. This was done in order to obtain funds to which she was not entitled that were under the custody and control of financial institutions. ELIZABETH COCILOVA a/k/a ELIZABETH HALE also fraudulently made entries and deleted entries in the general ledgers of her employer in order to cover-up the fact that she was writing checks to herself and others which were not authorized.

3. For the purpose of executing the scheme ELIZABETH COCILOVA a/k/a ELIZABETH HALE, JUSTIN EDWARD HALE, and others cashed the forged checks at financial institutions in order to obtain funds under the control of the financial institutions.

4. All in violation of Title 18, United States Code, Sections 2 and 1344.

A TRUE BILL this \_\_\_22\_\_\_ day of April, 2008.

_____
Grand Jury Foreperson

_____
JOHN L. BROWNLEE
United States Attorney